# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:09-CR-072-01** |
| | : | **1:09-CR-072-02** |
| v. | : | **1:09-CR-072-03** |
| | : | |
| **DONALD A. SCOTT, CHANCE D. BONNER, and DESHAWN LIVINGSTON** | : | (Judge Conner) |

## **ORDER**

AND NOW, this 4th day of January, 2010, upon consideration of the government's motion (Doc. 232) to sever from trial defendant Chance D. Bonner pursuant to Federal Rule of Criminal Procedure 14, and it appearing that defendants Bonner and Donald A. Scott concur in the government's motion, (see Doc. 232 ¶ 5; Doc. 241), and that defendant DeShawn Livingston does not oppose the motion, (see Doc. 233 (requiring objections to be filed on or before December 30, 2009)), and recognizing that the decision to grant a trial severance is within the court's sound discretion, see United States v. Voigt, 89 F.3d 1050, 1095 (3d Cir. 1996), it is hereby ORDERED that the motion (Doc. 232) to sever is GRANTED. A revised scheduling order for defendant Bonner shall issue by future order of court. The case shall proceed as scheduled with respect to the remaining defendants.

                                              S/ Christopher C. Conner
                                              CHRISTOPHER C. CONNER
                                              United States District Judge